**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paulina Lopez Martinez, | No. CV-26-01787-PHX-SHR (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Pamela Bondi, et al., | |
| Respondents. | |

On March 16, 2026, Petitioner filed her Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1.) Petitioner asserted that her current immigration is unlawful. The Court directed Respondents to answer the Petition.  (Doc. 3.)  In their Response, Respondents state:

> Respondents, by and through counsel, hereby respond to the Petition for a Writ of Habeas Corpus (Doc. 1). Respondents do not oppose Petitioner's request for release at this time.

(Doc. 8.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C.

§ 2241 (Doc. 1) is **granted** as to her request for immediate release from DHS custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** Respondents shall **immediately** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** Respondents shall provide a notice of compliance within two days of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of April, 2026.

Honorable Scott H. Rash
United States District Judge

- 2 -